

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00327-CV |
| TROY S. POE TRUST, | § | AN ORGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Richard C. Poe, II, Relator, has filed a petition for writ of mandamus requiring the Honorable Sandee Bryan Marion, Judge of Probate Court No. 1 of El Paso County, Texas, to vacate two orders entered in the trial court's proceeding. Specifically, Relator seeks to vacate: (1) an order signed on March 20, 2024, denying a motion to set aside an interlocutory order on competing motions for summary judgment, and (2) an order signed on July 3, 2024, denying a request for clarification and reconsideration.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Co. of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that he has no adequate remedy by appeal. *Id.* at 135–36. The burden is on the relator to show he is entitled to mandamus relief. *See In re Ford Motor Co.*, 165 S.W.3d 315, 317 (Tex. 2005) (orig.

proceeding). After reviewing the petition, response, and mandamus record, we conclude that Relator has failed to establish his entitlement to mandamus relief. Accordingly, we deny the petition.

GINA M. PALAFOX, Justice

March 25, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.